IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  09-cv-02229-WYD-KLM

BARBARA FOURNIER,

    Plaintiff,

v.

ALLSTATE FINANCIAL SERVICES, INC., a Nevada corporation,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

THE COURT having reviewed the Notice of Dismissal with Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) and being fully advised in the premises, it is hereby

ORDERED that this case is **DISMISSED WITH PREJUDICE**, with each party to pay her or its own attorney's fees and costs.

    Dated:  October 22, 2009

                                        BY THE COURT:

                                        s/ Wiley Y. Daniel
                                        Wiley Y. Daniel
                                        Chief United States District Judge